UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00554-MOC-DSC

| | | |
|---|---|---|
| **GLENDA S. HARDIN, ET AL.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ADAM J. DEGEORGE** | ) | |
| **CITY OF CHARLOTTE** | ) | |
| **CHARLOTTE-MECKLENBURG POLICE DEPARTMENT,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendant Charlotte-Mecklenburg Police Department's ("CMPD's") Motion to Dismiss. Having considered defendant Charlotte-Mecklenburg Police Department's ("CMPD's") motion and reviewed the pleadings, and determined that such defendant is not a separate entity capable of being sued and that plaintiffs have otherwise sued the correct defendant, to wit, the City of Charlotte, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Charlotte-Mecklenburg Police Department's ("CMPD's") Motion to Dismiss (#4) is GRANTED, and Charlotte-Mecklenburg Police Department is DISMISSED as a party defendant to this action.

Signed: September 20, 2016



Max O. Cogburn Jr
United States District Judge